**Maurice CAMPBELL**

v.

**PROVIDENCE SCHOOL COMMITTEE.**

**No. 83–378–M.P.**

Supreme Court of Rhode Island.

Oct. 20, 1983.

Richard A. Skolnik, Providence, for petitioner.

Vincent J. Piccirilli, Palumbo & Piccirilli, Providence, for Prov. School Committee, for respondent.

## ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.